David J. Bodney (006065)
bodneyd@ballardspahr.com
Jonathon A. Talcott (030155)
talcottj@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400
Facsimile: 602.798.5595

Hara K. Jacobs (*Pro Hac Vice*)
jacobsh@ballardspahr.com
Daniel B. Englander (*Pro Hac Vice*)
BALLARD SPAHR.LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103-7599
Telephone: 215.665.8500
Facsimile: 215.864.8999

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Smith & Wesson Holding Corporation, et al.,<br><br>          Plaintiffs,<br><br>vs.<br><br>The Wuster, et al.,<br><br>          Defendants. | No. CV-15-00279-PHX-SPL<br><br>**STIPULATION FOR EXTENSION OF TIME TO CONDUCT SETTLEMENT DISCUSSIONS**<br><br>**(First Request)** |

Pursuant to LRCiv 7.3, Plaintiffs Smith & Wesson Holding Corporation and Smith & Wesson Corp. (collectively, "Smith & Wesson") and Defendant The Wuster d/b/a Airsplat.com ("Airsplat"), through undersigned counsel, hereby stipulate and respectfully request that the Court continue the deadline for the parties to engage in settlement talks, as set forth in the Court's Rule 16 Case Management Order (Doc. 76 at 4), from August 6, 2015 to August 12, 2015.  Relatedly, the parties stipulate and respectfully request that the Court continue the deadline for the parties to submit a Status Report regarding settlement discussions from August 7, 2015 to August 13, 2015.  (*See* Doc. 77.)

DMEAST #22374045 v2

Good cause exists for the Court to continue these deadlines because Smith & Wesson and the only remaining defendant in this case, Airsplat,[1] have arranged and paid for in-person, private mediation to take place in Phoenix, Arizona on August 12, 2015 between them and their counsel before a neutral mediator.  The parties were not able to conduct said mediation by August 6, 2015 due to scheduling conflicts and prepaid vacations that lead counsel for each party had previously scheduled in July, including up to August 10, 2015 for Airsplat's lead counsel.  Therefore, the parties stipulate and respectfully request that the Court continue the August 6, 2015 deadline for conducting settlement discussions to August 12, 2015, and continue the August 7, 2015 deadline to submit a Status Report to August 13, 2015.

RESPECTFULLY SUBMITTED this 3rd day of August, 2015.

BALLARD SPAHR LLP

By: */s/ Hara K. Jacobs*
David J. Bodney
Hara K. Jacobs
Jonathon A. Talcott
Daniel B. Englander
*Attorneys for Plaintiffs*

NEUFELD MARKS

By: */s/ Yuriko M. Shikai*
Paul S. Marks
Yuriko M. Shikai
315 W. 9th St., Suite 501
Los Angeles, CA  90015
Telephone:  213-625-2625
Facsimile: 213-625-2650
Email: pmarks@neufeldmarks.com
Email: yshikai@neufeldmarks.com

Brandon S. Kinsey
Garcia Kinsey & Villarreal PLC
241 S. Main Street
Yuma, AZ  85364
Email:  bkinsey@gkvlaw.com

*Attorneys for The Wuster d/b/a/ Airsplat.com*

---

[1] Smith & Wesson and Defendant DogTag Airsoft, Inc. have reached a settlement and are in the process of memorializing their settlement agreement.

**CERTIFICATE OF SERVICE**

I certify that on the 3rd day of August, 2015, I electronically transmitted a PDF version of this document to the Office of the Clerk of the Court, using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants listed for this matter.

By: */s/Esther Gillett*

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400