David J. Bodney (006065)
bodneyd@ballardspahr.com
Jonathon A. Talcott (030155)
talcottj@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400
Facsimile: 602.798.5595

Hara K. Jacobs (*Pro Hac Vice*)
jacobsh@ballardspahr.com
Daniel B. Englander (*Pro Hac Vice*)
BALLARD SPAHR.LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215.665.8500
Facsimile: 215.864.8999

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Smith & Wesson Holding Corporation; Smith & Wesson Corp., <br><br> Plaintiffs, <br><br> vs. <br><br> The Wuster d/b/a Airsplat.com; Evike.com Inc.; GI Toys Holding, Inc. d/b/a Airsoft GI, GI Tactical, and GI Tactical TX; and DogTag Airsoft, Inc.; <br><br> Defendants. | No. CV-15-00279-PHX-SPL <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO CLAIMS AGAINST THE WUSTER D/B/A AIRSPLAT.COM AND DOGTAG AIRSOFT, INC.** |

DMEAST #22676968 v1

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Smith & Wesson Holding Corporation and Smith & Wesson Corp., through undersigned counsel, hereby stipulate that all claims by Plaintiffs against Defendant The Wuster d/b/a Airsplat.com and Defendant DogTag Airsoft, Inc. be dismissed with prejudice, with each party to bear its own fees and costs.

DATED this 9th day of September, 2015.

By: */s/ Hara K. Jacobs*
David J. Bodney
Hara K. Jacobs
Jonathon A. Talcott
Daniel B. Englander
BALLARD SPAHR LLP

*Attorneys for Plaintiffs*

NEUFELD MARKS

By: */s/ Paul S. Marks (with permission)*
Paul S. Marks
Yuriko M. Shikai
NEUFELD MARKS
315 W. 9th St., Suite 501
Los Angeles, CA 90015

Brandon S. Kinsey
GARCIA, KINSEY & VILLAREAL PLC
241 S. Main St.
Yuma, AZ 85364

*Attorneys for The Wuster d/b/a Airsplat.com*

JABURG & WILK, P.C.

By: */s/ Maria Crimi Speth (with permission)*
Maria Crimi Speth
Jaburg & Wilk, P.C.
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012

*Attorneys for DogTag Airsoft, Inc.*

DMEAST #22676968 v1

2

**CERTIFICATE OF SERVICE**

I certify that on the 9th day of September, 2015, I electronically transmitted a PDF version of this document to the Office of the Clerk of the Court, using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants listed for this matter.

By: /s/ Lisa Norris
     Lisa Norris